**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Sallie Kim<br>U.S. Magistrate Judge | **RE:** | Martin Cerda |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:23-mj-71724-MAG-1 |
| **Date:** | 12/11/23 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Sheri Broussard | (415) 436-7511 |
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

   A.  Defendant must remain in the custody of Irene Cerda at 2310 Lancaster Drive Apartment #1 in San Pablo, California, and report to his intake appointment at New Bridge Foundation located at 2323 Hearst Avenue in Berkeley, California, December 12, 2023, at 3:30 p.m.

   B.  If the defendant is acceptable to New Bridge Foundation, he must reside at New Bridge Foundation, located at 2323 Hearst Avenue in Berkeley, California, and comply with all conditions of that facility.

   C.  Remove:

   - Defendant must comply with the following location restrictions: Defendant must remain at his residence at all times except for other activities approved in advance by Pretrial Services and the Court.

   - Defendant must submit to location monitoring by RF as directed by Pretrial Services to ensure compliance with all court-ordered location restrictions.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____     \_\_December 12, 2023_____
**JUDICIAL OFFICER**                                        **DATE**